EXHIBIT A

 Hi are you aware that Google's Gemini is infringing on the Trademark of Gemini Data Inc. ?

Show drafts

 Yes, I am aware of the potential trademark dispute between Google's Gemini AI model and Gemini Data Inc. It's a developing situation, and the outcome will likely depend on legal proceedings and determinations regarding trademark infringement.

It's important to note that I cannot provide legal advice or predict the outcome of this situation.

Enter a prompt for Gemini

Your Baum.com chats aren't used to train our models. Gemini may display inaccurate info, including about people, so double-check its responses.