1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BLANK ROME LLP**
Cheryl S. Chang (SBN 237098)
Cheryl.Chang@BlankRome.com
Jessica A. McElroy (SBN 299919)
Jessica.McElroy@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:      424.239.3400
Facsimile:      424.239.3434

Matthew A. Homyk (admitted *pro hac vice*)
Matthew.Homyk@BlankRome.com
Jillian M. Taylor (admitted *pro hac vice*)
Jillian.Taylor@BlankRome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone:      215.569.5500
Facsimile:      215.569.5555

Attorneys for Plaintiff Gemini Data, Inc.

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Margret M. Caruso (Bar No. 243473)
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA  94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100
margretcaruso@quinnemanuel.com

Dylan I. Scher (admitted *pro hac vice*)
Hannah K. Odenthal (admitted *pro hac vice*)
295 Fifth Avenue
New York, NY  10016
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100
dylanscher@quinnemanuel.com
hannahodenthal@quinnemanuel.com

Jocelyn Ma
50 California St., 22nd Floor
San Francisco, CA  94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700
jocelynma@quinnemanuel.com

Attorneys for Defendant Google LLC

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

GEMINI DATA, INC., a Delaware corporation,

Plaintiff,

v.

GOOGLE LLC, a Delaware limited liability company; and DOES 1-10, inclusive,

Defendants.

Case No. 24-cv-06412-JSW

Hon. Jeffrey S. White
ORDER GRANTING AS MODIFIED
**JOINT MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY SCHEDULING ORDER ~~AND [PROPOSED] ORDER~~**

Action Filed:      September 11, 2024
Trial Date:        September 14, 2026

## JOINT MOTION FOR ADMINISTRATIVE RELIEF

Pursuant to this Court's Civil Standing Order at ¶ 3, Federal Rule of Civil Procedure 29(b) and Civil Local Rules 6-2, 7-11, and 7-12, Plaintiff Gemini Data, Inc. ("Plaintiff" or "Gemini Data"), on the one hand, and Defendant Google LLC ("Defendant" or "Google"), on the other hand (collectively, "Parties"), respectfully submit, through their undersigned counsel, this joint motion requesting that the Court modify the Order Vacating Case Management Conference, Scheduling Trial and Pretrial Matters, and Order of Referral (the "Order") (Dkt. 28) to extend all currently pending deadlines by approximately 60 days and continue the trial date set for September 14, 2026 to December 7, 2026, or a date thereafter that is acceptable to this Court.

WHEREAS, on January 7, 2025, the Court issued its Order Vacating Case Management Conference, Scheduling Trial and Pretrial Matters, and Order of Referral (the "Order") (Dkt. 28);

WHEREAS, pursuant to the Order, the Court set the close of non-expert discovery for September 5, 2025;

WHEREAS, pursuant to the Order, the Court set the deadline for expert disclosure on November 21, 2025 and the deadline for all expert discovery on December 18, 2025;

WHEREAS, the Parties engaged in prolonged discussions regarding the terms of the ESI Protocol for this matter, which involved the filing of a Joint Statement Regarding ESI Protocol on June 6, 2025 (Dkt. 36) and related Order Regarding Discovery of Electronically Stored Information issued by the Court on June 27, 2025 (Dkt. 40);

WHEREAS, the Parties also engaged in settlement discussions prior to undertaking full discovery efforts, including participating in a settlement conference with Judge DeMarchi on June 11, 2025, though the case did not settle;

WHEREAS, the ESI and settlement discussions, along with the summer travel schedules of Gemini Data representatives who are located overseas, have impacted the Parties' ability to complete non-expert discovery by September 5, 2025;

WHEREAS, the Parties have also engaged in good-faith negotiations regarding an extension of the non-expert discovery and pre-trial deadlines and trial date, and agree that the Parties' document productions will be substantially complete by September 30, 2025; and

WHEREAS, the Parties have further conferred over a proposed modification to the expert discovery schedule which would add deadlines for expert reports.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their counsel of record, that good causes exists to modify the Order (Dkt. 28) to continue the trial date from September 14, 2026 to December 7, 2026, or a date as soon thereafter that is acceptable to the Court, and to extend all currently pending deadlines by approximately 60 days, and modify the expert discovery schedule as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| **Trial Date** | Monday, September 14, 2026 at 8:00 a.m., 7 days | Monday, December 7, 2026 at 8:00 a.m., 7 days |
| **Jury Selection** | Wednesday, September 9, 2026 at 8:00 a.m. | Wednesday, December 2, 2026 at 8:00 a.m. |
| **Pretrial Conference** | Monday, August 3, 2026 at 2:00 p.m. | Monday, November 2, 2026 at 2:00 p.m. |
| **Last Day to Hear *Daubert* Motions** | Friday, July 10, 2026 at 9:00 a.m. | Friday, September 11, 2026 at 9:00 a.m. |
| *Daubert* opening briefs due | on or before April 30, 2026 | on or before June 30, 2026 |
| *Daubert* opposition briefs due | on or before May 21, 2026 | on or before July 21, 2026 |
| *Daubert* reply briefs due | on or before June 11, 2026 | on or before August 11, 2026 |
| **Last Day to Hear Dispositive Motions** | Friday, April 3, 2026 at 9:00 a.m. | Friday, June 5, 2026 at 9:00 a.m. |
| Plaintiff's motion for summary judgment due | on or before January 15, 2026 | on or before March 16, 2026 |
| Defendant's motion for summary judgment and opposition brief due | on or before February 5, 2026 | on or before April 6, 2026 |
| Plaintiff's opposition and reply brief due | on or before February 26, 2026 | on or before April 27, 2026 |

-2-

| | | |
|---|---|---|
| Defendant's reply brief due | on or before March 12, 2026 | on or before May 13, 2026 |
| **Last Day for Expert Discovery** | December 18, 2025 | February 18, 2026 |
| **Last Day for Expert Disclosure** | November 21, 2025 | February 6, 2026 |
| Opening expert reports for issues on which the party bears the burden of proof | | December 5, 2025 |
| Expert reports for issues on which the party does not bear the burden of proof, or otherwise wishes to rebut a December 5, 2025 report | | January 16, 2026 |
| Expert rebuttal reports limited to responding to a January 16, 2026 report | | February 6, 2026 |
| **Further Case Management Conference** | Friday, October 10, 2025 at 9:00 a.m. | Friday, December 12, 2025 at 9:00 a.m. |
| **Further Joint Case Management Conference Statement Due** | October 3, 2025 | December 5, 2025 |
| **Close of Non-Expert Discovery** | September 5, 2025 | November 4, 2025 |

JOINT MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY SCHEDULING ORDER AND [PROPOSED] ORDER

1    **IT IS SO STIPULATED.**

2

3                                  Respectfully submitted,

4    DATED:  September 4, 2025      **BLANK ROME LLP**

5                                  */s/ Cheryl S. Chang*

6                                  Cheryl S. Chang
                                   Attorneys for Plaintiff Gemini Data, Inc.

7
     DATED:  September 4, 2025      **QUINN EMANUEL URQUHART & SULLIVAN,**
8                                  **LLP**

9                                  */s/ Margret M. Caruso*

10                                 Margret M. Caruso
                                   Attorneys for Defendant Google LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, the filer of this document, attest that all signatories have concurred in the filing of this document.

Dated:  September 4, 2025

**BLANK ROME LLP**

By:  ___/s/ Cheryl S. Chang_____
        Cheryl S. Chang

JOINT MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY SCHEDULING ORDER AND [PROPOSED] ORDER

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, AND FINDING GOOD CAUSE, IT IS SO ORDERED:

The Order Vacating Case Management Conference, Scheduling Trial and Pretrial Matters and Order

of Referral (Dkt. 28) and the expert discovery schedule are modified as follows:

The Court DEFERS setting new pretrial and trial related deadlines.

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| **Trial Date** | Monday, September 14, 2026 at 8:00 a.m., 7 days | Monday, December 7, 2026 at 8:00 a.m., 7 days |
| **Jury Selection** | Wednesday, September 9, 2026 at 8:00 a.m. | Wednesday, December 2, 2026 at 8:00 a.m. |
| **Pretrial Conference** | Monday, August 3, 2026 at 2:00 p.m. | Monday, November 2, 2026 at 2:00 p.m. |
| **Last Day to Hear *Daubert* Motions** | Friday, July 10, 2026 at 9:00 a.m. | Friday, September 11, 2026 at 9:00 a.m. |
| *Daubert* opening briefs due | on or before April 30, 2026 | on or before June 30, 2026 |
| *Daubert* opposition briefs due | on or before May 21, 2026 | on or before July 21, 2026 |
| *Daubert* reply briefs due | on or before June 11, 2026 | on or before August 11, 2026 |
| **Last Day to Hear Dispositive Motions** | Friday, April 3, 2026 at 9:00 a.m. | Friday, June 5, 2026 at 9:00 a.m. |
| Plaintiff's motion for summary judgment due | on or before January 15, 2026 | on or before March 16, 2026 |
| Defendant's motion for summary judgment and opposition brief due | on or before February 5, 2026 | on or before April 6, 2026 |
| Plaintiff's opposition and reply brief due | on or before February 26, 2026 | on or before April 27, 2026 |
| Defendant's reply brief due | on or before March 12, 2026 | on or before May 13, 2026 |
| **Last Day for Expert Discovery** | December 18, 2025 | February 18, 2026 |

-2-

| | | |
|---|---|---|
| **Last Day for Expert Disclosure** | November 21, 2025 | February 6, 2026 |
| Opening expert reports for issues on which the party bears the burden of proof | | December 5, 2025 |
| Expert reports for issues on which the party does not bear the burden of proof, or otherwise wishes to rebut a December 5, 2025 report | | January 16, 2026 |
| Expert rebuttal reports limited to responding to a January 16, 2026 report | | February 6, 2026 |
| **Further Case Management Conference** | Friday, October 10, 2025 at 9:00 a.m. | ~~Friday, December 12, 2025 at 9:00 a.m.~~  January 9, 2026 at 9:00 a.m.** |
| **Further Joint Case Management Conference Statement Due** | October 3, 2025 | ~~December 5, 2025~~ by January 2, 2026 |
| **Close of Non-Expert Discovery** | September 5, 2025 | November 4, 2025 |

** The Court is unavailable on December 12, 2025.

Dated: __September 5, 2025__

_____
Jeffrey S. White
United States District Judge

JOINT MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY SCHEDULING ORDER AND [PROPOSED] ORDER