Margret M. Caruso (Bar No. 243473)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100
margretcaruso@quinnemanuel.com

Dylan I. Scher (admitted *pro hac vice*)
Hannah K. Odenthal (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100
dylanscher@quinnemanuel.com
hannahodenthal@quinnemanuel.com

Jocelyn Ma (Bar No. 319878)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700
jocelynma@quinnemanuel.com

*Attorneys for Google LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GEMINI DATA, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, a Delaware limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 4:24-cv-06412-JSW <br><br> **GOOGLE'S CERTIFICATION OF DISCOVERY SUPPLEMENTATION** |

Pursuant to this Court's Certification Order, *see* Dkt. No. 42, and Scheduling Order, *see* Dkt. No. 44, Defendant Google LLC ("Google") hereby certifies that it has completed supplementation of its Rule 26(a) disclosures and of its written responses to all requests pursuant to Federal Rule of Civil Procedure 26(e).  This certification, and Google's responses, are limited to the information available to Google at this time.  Discovery is ongoing in this case, and Google reserves the right to further supplement its responses to include additional information that Google may learn through the discovery process.

DATED:  October 3, 2025　　　　　　　　　QUINN EMANUEL URQUHART & SULLIVAN, LLP


By　/s/ *Margret M. Caruso*
　　Margret M. Caruso
　　*Attorneys for Google LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record are being served with a copy of this document via email on October 3, 2025.

                                                                     */s/ Dylan I. Scher*
                                                                      Dylan I. Scher