UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMINI DATA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 24-cv-06412-JSW<br><br>**ORDER GRANTING, IN PART, AND DENYING, IN PART PLAINTIFF'S MOTION FOR CLARIFICATION OF SCHEDULING ORDER**<br><br>Re: Dkt. No. 64 |

    This matter comes before Plaintiff's motion for clarification of the Court's Order granting, in part Plaintiff's administrative motion to modify the scheduling Order. (Dkt. No. 49.) The Court concludes no clarification is required. At that time the Court had no information about when new counsel would appear or what their schedules might be. Therefore, the Court expressly denied the remainder of the motion without prejudice.

    That does not resolve this motion, because Plaintiff includes an alternative request to modify other deadlines. Defendant opposes that request. This case is set for a further case management conference on January 9, 2026, and the Court will maintain that date. In preparation for that conference, the parties shall meet and confer, as that term is defined by the Local Rules, to attempt to reach agreement on a revised schedule to account for the fact that Plaintiff has new counsel. Defendant argues that Plaintiff did not serve any deposition notices or identify any witnesses to depose until November 6, 2025, which is when new counsel filed their appearances.

    Although the Court concludes Plaintiff could have exercised more diligence in addressing its misunderstanding of the Court's order, the Court will grant a further brief extension of the deadline to exchange opening expert reports to January 16, 2026. The parties may address whether the Court should grant an extension of the remaining deadlines in their updated joint case

management statement. Prior to filing that joint statement, the parties shall meet and confer as that term is defined in the Local Rules. If the parties cannot reach an agreement on modifications to the existing deadlines, they shall submit their proposed deadlines with argument as to why the Court should adopt their respective schedules.

**IT IS SO ORDERED**.

Dated: November 25, 2025

_____
JEFFREY S. WHITE
United States District Judge