**SUSMAN GODFREY LLP**
Nick Spear (SBN 304281)
nspear@susmangodfrey.com
Samantha Frazier (SBN 359803)
sfrazier@susmangodfrey.com
1900 Avenue Of The Stars, Ste 1400
Los Angeles, CA 90067-4405
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Steven Seigel (admitted *pro hac vice*)
sseigel@susmangodfrey.com
401 Union Street, Ste. 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Elisha Barron (admitted *pro hac vice*)
ebarron@susmangodfrey.com
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for Plaintiff Gemini Data, Inc.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Margret M. Caruso (Bar No. 243473)
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
margretcaruso@quinnemanuel.com

Dylan I. Scher (admitted *pro hac vice*)
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
dylanscher@quinnemanuel.com
hannahodenthal@quinnemanuel.com

Jocelyn Ma
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
jocelynma@quinnemanuel.com

*Attorneys for Defendant Google LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMINI DATA, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. 24-cv-06412-JSW<br><br>Hon. Jeffrey S. White<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEADLINES FOR MOTIONS TO COMPEL**<br><br>Action Filed:    September 11, 2024<br>Trial Date:    None Set |

## JOINT MOTION FOR ADMINISTRATIVE RELIEF

Pursuant to Judge White's Civil Standing Order, Section 3, Federal Rule of Civil Procedure 29(b), and Civil Local Rules 6-1, 6-2, 7-12, 37-1, and 37-3, Plaintiff Gemini Data, Inc. ("Plaintiff" or "Gemini Data"), on the one hand, and Defendant Google LLC ("Defendant" or "Google"), on the other hand (collectively, "Parties"), stipulate as follows and respectfully request that the Court permit a brief extension of Gemini Data's deadline to file motions to compel related to challenges to Google's privilege claims as reflected on Google's privilege log and in document redactions, including as related to trademark assessments  (collectively, the "privilege challenges"):

WHEREAS, the Parties' current deadline to file a motion to compel related to privilege challenges is January 26, 2026 (Dkt. 92);

WHEREAS, the Parties have been working in good faith to resolve discovery disputes, including holding a meet and confer with lead counsel on January 21 to address certain fact discovery issues;

WHEREAS, in response to Gemini Data's privilege challenges, Google agreed to provide a further updated privilege log by January 23, 2026;

WHEREAS, as a result of the Parties' good faith efforts to resolve these disputes, Gemini Data will be unable to file any motions to compel prior to the January 26, 2026 deadline while also complying with Magistrate Judge Kang's procedures (*See* Kang Discovery Standing Order, Section H);

WHEREAS, the Parties continue to engage in good faith meet-and-confer efforts to resolve discovery disputes in the hopes of avoiding or limiting motion practice;

WHEREAS, extending the deadline for Gemini Data's motions to compel will not affect any other deadline set by the Court, and the Parties have conferred and agreed to an extension of the motion to compel deadline;

NOW, THEREFORE, the Parties agree and respectfully request the Court order as follows:

1. The deadline for Gemini Data to file motions to compel related to privilege challenges shall be extended from January 26, 2026, to February 4, 2026.

2. No other deadline set by the Court shall be affected.

-2-

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  January 23, 2026

**SUSMAN GODFREY LLP**

*/s/ Steven M. Seigel*
Steven M. Seigel
Attorneys for Plaintiff Gemini Data, Inc.

DATED:  January 23, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Margret M. Caruso*
Margret M. Caruso
Attorneys for Defendant Google LLC

STIPULATION AND [PROPOSED] ORDER

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, the filer of this document, attest that all signatories have concurred in the filing of this document.

Dated:  January 23, 2026

**SUSMAN GODFREY, LLP**

By:  */s/ Samantha C. Frazier*
Samantha C. Frazier

STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The deadline for Gemini Data to file motions to compel related to privilege challenges shall be extended from January 26, 2026, to February 4, 2026.

No other deadline set by the Court shall be affected.

Dated: _____January 26, 2026_____

_Jeffrey S. White_
Honorable Jeffrey S. White
United States District Judge

STIPULATION AND [PROPOSED] ORDER