**SUSMAN GODFREY LLP**
Nick Spear (SBN 304281)
nspear@susmangodfrey.com
Samantha Frazier (SBN 359803)
sfrazier@susmangodfrey.com
1900 Avenue Of The Stars, Ste 1400
Los Angeles, CA 90067-4405
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Steven Seigel (admitted *pro hac vice*)
sseigel@susmangodfrey.com
401 Union Street, Ste. 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Elisha Barron (admitted *pro hac vice*)
ebarron@susmangodfrey.com
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for Plaintiff Gemini Data, Inc.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Margret M. Caruso (Bar No. 243473)
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
margretcaruso@quinnemanuel.com

Dylan I. Scher (admitted *pro hac vice*)
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
dylanscher@quinnemanuel.com

Jocelyn Ma (Bar No. 319878)
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
jocelynma@quinnemanuel.com

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GEMINI DATA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 24-cv-06412-CRB<br><br>Hon. Charles R. Breyer<br><br>**STIPULATION RE: DAUBERT MOTION BRIEFING DEADLINES** : ORDER |

**JOINT STIPULATION REGARDING DAUBERT MOTION BRIEFING DEADLINES**

Pursuant to Civil Local Rule 7-12, Plaintiff Gemini Data, Inc. ( "Gemini Data") and Defendant Google LLC ("Google" and, collectively with Gemini Data, the "Parties"), stipulate as follows and respectfully request that the Court enter the proposed order below:

WHEREAS, the Court has moved the hearing on the Parties' motions for summary judgment ("MSJ Hearing") to December 4, 2026 (Dkt. 158);

WHEREAS, the current deadlines for *Daubert* motion briefing are continued pending further order of the Court (Dkt. 155);

WHEREAS, pursuant to the prior stipulation of the Parties (*id.*), the Parties were to jointly propose to the Court an amended scheduling order for *Daubert* motion briefing deadlines by October 2, 2026, one week after the scheduled summary judgment argument;

WHEREAS, the parties met and conferred regarding the *Daubert* schedule deadline:

NOW, THEREFORE, the Parties agree and respectfully request that the Court order as follows:

1. The October 2, 2026 deadline for the Parties to jointly propose to the Court an amended scheduling order for *Daubert* motion briefing deadlines (Dkt. 155) is VACATED and extended as set forth below.
2. Following the MSJ Hearing on December 4, 2026, the Parties will meet and confer regarding revised *Daubert* motion briefing deadlines.
3. By December 11, 2026 (*i.e.*, one week after the summary judgment argument currently set for December 4, 2026), the Parties will jointly propose to the Court an amended scheduling order for *Daubert* motion briefing deadlines.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: September 28, 2026

**SUSMAN GODFREY LLP**

*/s/ Steven M. Seigel*
Steven M. Seigel
Attorneys for Plaintiff Gemini Data, Inc.

DATED: September 28, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Margret M. Caruso*
Margret M. Caruso
Attorneys for Defendant Google LLC

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, the filer of this document, attest that all signatories have concurred in the filing of this document.

Dated: September 28, 2026

**SUSMAN GODFREY LLP**

By: *__/s/ Samantha C. Frazier__*
Samantha C. Frazier

**SUSMAN GODFREY LLP**
Nick Spear (SBN 304281)
nspear@susmangodfrey.com
Samantha Frazier (SBN 359803)
sfrazier@susmangodfrey.com
1900 Avenue Of The Stars, Ste 1400
Los Angeles, CA 90067-4405
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Steven Seigel (admitted *pro hac vice*)
sseigel@susmangodfrey.com
401 Union Street, Ste. 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Elisha Barron (admitted *pro hac vice*)
ebarron@susmangodfrey.com
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for Plaintiff Gemini Data, Inc.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Margret M. Caruso (Bar No. 243473)
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
margretcaruso@quinnemanuel.com

Dylan I. Scher (admitted *pro hac vice*)
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
dylanscher@quinnemanuel.com

Jocelyn Ma (Bar No. 319878)
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
jocelynma@quinnemanuel.com

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

GEMINI DATA, INC., a Delaware corporation,

Plaintiff,

v.

GOOGLE LLC, a Delaware limited liability company,

Defendant.

Case No. 24-cv-06412-CRB

Hon. Charles R. Breyer

**~~[PROPOSED]~~ ORDER RE: DAUBERT MOTION BRIEFING DEADLINES**

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The October 2, 2026 deadline for the Parties to jointly propose to the Court an amended scheduling order for *Daubert* motion briefing deadlines (Dkt. 155) is VACATED and extended as set forth below.

2. Following the MSJ Hearing on December 4, 2026, the Parties will meet and confer regarding revised *Daubert* motion briefing deadlines.

3. By December 11, 2026, the Parties shall jointly propose to the Court an amended scheduling order for *Daubert* motion briefing deadlines.

Dated: September 29, 2026

Honorable Charles R. Breyer
United States District Judge